David E. Prange, OSB#87328
E-mail: dprange@prangelawgroup.com
Sean W. Carney, OSB #05455
E-mail: scarney@prangelawgroup.com
**PRANGE LAW GROUP, LLC**
111 SW Fifth Avenue, Suite 2120
Portland, Oregon 97204
Telephone: 503-595-8199/Facsimile: 503-595-8190

Of Attorneys for Defendant Hartford Accident
and Indemnity Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ASH GROVE CEMENT COMPANY, a
Delaware corporation,

        Plaintiff(s),

      v.

LIBERTY MUTUAL INSURANCE
COMPANY, A Massachusetts insurance
company; TRAVELERS INSURANCE
COMPANY, a Connecticut insurance
company; HARTFORD ACCIDENT and
INDEMNITY COMPANY, a Connecticut
insurance company; and UNITED STATES
FIDELITY & GUARANTY COMPANY, A
Maryland insurance company,

        Defendant(s).

**Case No.   3:09-cv-00239KI**

**STIPULATED JUDGMENT OF
DISMISSAL OF HARTFORD
ACCIDENT AND INDEMNITY
COMPANY**

**Page 1** –STIPULATED JUDGMENT OF DISMISSAL

Plaintiff Ash Grove Cement Company ("Ash Grove") and Defendant Hartford Accident and Indemnity Company ("Hartford") hereby stipulate to a dismissal of any and all of Ash Grove's claims against Hartford in this matter.  It is hereby:

ORDERED and ADJUDGED that Plaintiff Ash Grove's claims against Defendant Hartford are hereby dismissed with prejudice and without an award of fees and costs to either party.

DATED this ‾4th‾ day of ‾‾November‾‾‾‾‾, 2010.

‾‾‾/s/ Garr M. King‾‾‾‾‾‾‾
Honorable Garr M. King
United States District Judge

Presented by:

/s/ Sean W. Carney‾‾‾‾‾‾‾‾
Sean W. Carney, OSB #05455
E-mail: scarney@prangelawgroup.com
**PRANGE LAW GROUP, LLC**
111 SW Fifth Avenue, Suite 2120
Portland, Oregon 97204
Telephone: 503-595-8199/Facsimile: 503-595-8190

Of Counsel for Defendant Hartford Accident
and Indemnity Company

**Page 2** –STIPULATED JUDGMENT OF DISMISSAL