UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ASH GROVE CEMENT COMPANY, a
Delaware corporation,

     Plaintiff,

  v.

LIBERTY MUTUAL INSURANCE
COMPANY, A Massachusetts insurance
company; HARTFORD ACCIDENT and
INDEMNITY COMPANY, a Connecticut
insurance company; and UNITED STATES
FIDELITY & GUARANTY COMPANY, A
Connecticut insurance company,

     Defendants.

Case No. 3:09-CV-00239-HZ

SUPERSEDEAS BOND

Bond No. 106116616

   KNOW ALL MEN BY THESE PRESENTS, that we, United States Fidelity and

Guaranty Company, as Principal, and Travelers Casualty and Surety Company of America

of Hartford, Connecticut, as Surety, are held and firmly bound unto Ash Grove Cement

Company, in the sum of Six Hundred and Fifty Thousand Dollars and Zero Cents

($650,000) for the payment of which, well and truly to be made, we bind ourselves, our

heirs, executors, administrators, and successors, jointly and severally, firmly by these

presents.

   The condition of the above obligation is such that whereas Plaintiff, Ash Grove

Cement Company, has in the United States District Court for the District of Oregon in the

above entitled cause therein pending recovered a judgment against United States Fidelity

**Page1**

and Guaranty Company, and whereas Plaintiff has been awarded an additional judgment for

attorney fees, and whereas defendant may take appeal from the said judgment.

NOW, THEREFORE, if the said defendant shall satisfy the said judgment in full

together with costs, interest and damages for delay, if for any reason this appeal is dismissed

or if the judgment is affirmed, and shall satisfy in full such modification of the judgment and

such costs, interest and damages as the appellate court may adjudge and award, or if the said

judgment be set aside, then this obligation shall be void, otherwise to remain in full force

and effect, provided that the total sum of Travelers Casualty and Surety Company of

America's liability shall not exceed the penal combined sum of this bond and the bond

submitted to the Court on September 10, 2013, by United States Fidelity and Guaranty

Company, as Principal, and Travelers Casualty and Surety Company of America of

Hartford, Connecticut, as Surety.

Signed, sealed and dated this _____13th_____ day of _____June_____, 2014.


UNITED STATES FIDELITY AND GUARANTY COMPANY

BY: _____

TRACY DOWNING, Authorized Representative


TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

BY: _____

MAYRA MERCADO, Attorney-in-Fact

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I filed the foregoing **SUPERSEDEAS**

**BOND** with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel for all represented parties, including the following:

> Michael Farnell
> Parsons Farnell & Grein LLP
> 1030 SW Morrison Street
> Portland, OR  97205
> mfarnell@pfglaw.com
>
> Michael R. Wrenn
> Wrenn Bender
> Two Union Square
> 601 Union Street, Suite 5305
> Seattle, WA 98101
> mwrenn@wrennbender.com
>
> Kevin G. McCurdy
> McCurdy & Fuller
> 4300 Bohannon Drive, Suite 240
> Menlo Park, Ca. 94025
> Kevin.mccurdy@mccurdylawyers.com
>
> Thomas M. Christ
> Cosgrave Vergeer Kester LLP
> 888 SW Fifth Avenue, Suite 500
> Portland, OR  97204
> tchrist@cosgravelaw.com

DATED this 16th day of June, 2014.

> By:/s/Andrew S. Moses
>     Thomas A. Gordon, OSB No. 741172
>     Andrew S. Moses, OSB No. 983009
>     (503) 242-2922
>
> Attorneys for Defendant United States Fidelity and
> Guaranty Company

**CERTIFICATE OF SERVICE**                                                    **Page 1**

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**TRAVELERS**

# POWER OF ATTORNEY

| | |
|---|---|
| **Farmington Casualty Company** | **St. Paul Mercury Insurance Company** |
| **Fidelity and Guaranty Insurance Company** | **Travelers Casualty and Surety Company** |
| **Fidelity and Guaranty Insurance Underwriters, Inc.** | **Travelers Casualty and Surety Company of America** |
| **St. Paul Fire and Marine Insurance Company** | **United States Fidelity and Guaranty Company** |
| **St. Paul Guardian Insurance Company** | |

Attorney-In Fact No.    227676

Certificate No. **005810403**

**KNOW ALL MEN BY THESE PRESENTS**: That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Joyce Burks, Mayra Mercado, Anzalena Talip, Margaux Hackett, Aaron D. Moskovitz, and Marximiliano Pozo

of the City of    New York    , State of    New York    , their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this    21st    day of    February    ,  2014    .

| | |
|---|---|
| **Farmington Casualty Company** | **St. Paul Mercury Insurance Company** |
| **Fidelity and Guaranty Insurance Company** | **Travelers Casualty and Surety Company** |
| **Fidelity and Guaranty Insurance Underwriters, Inc.** | **Travelers Casualty and Surety Company of America** |
| **St. Paul Fire and Marine Insurance Company** | **United States Fidelity and Guaranty Company** |
| **St. Paul Guardian Insurance Company** | |

State of Connecticut
City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the    21st    day of    February    ,  2014  , before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof**, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.



Marie C. Tetreault, Notary Public

58440-8-12 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this ___13___ day of _____June_____, 20_14_.

Kevin E. Hughes, Assistant Secretary

        

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.